UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
5:13-CR-318-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAMEKA JOHNESE WINN | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion to Continue, which is docket entry number 52. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the 12 day of November, 2014.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT COURT JUDGE