IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-318-D

| | |
|---|---|
| SHAMEKA JOHNESE WINN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On August 26, 2016, Shameka Johnese Winn ("Winn") moved for a sentence reduction under Amendment 794 to the United States Sentencing Guidelines [D.E. 70]. On August 8, 2017, the government responded in opposition [D.E. 73].

The United States Sentencing Guidelines list the amendments that receive retroactive application. See U.S.S.G. § 1B1.10(d). That list "does not include Amendment 794." United States v. Welch, 684 F. App'x 285, 286 (4th Cir. 2017) (per curiam) (unpublished); see United States v. Brewton, 684 F. App'x 288 (4th Cir. 2017) (per curiam) (unpublished); United States v. Muldrow, 844 F.3d 434, 437–38 (4th Cir. 2016).

In sum, the court DENIES Winn's motion [D.E. 70] under Amendment 794 and DENIES Winn's motion for counsel.

SO ORDERED. This 22 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge